**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

UNITED STATES OF AMERICA, :
:
v. : Case No. 4:26-mj-43-AGH
:
MARQUISE GILES, :
:
Defendant. :

# ORDER

Defendant filed an Unopposed Motion for Continuance of the Pretrial Conference set for November 4, 2026. The parties propose that the Pretrial Conference be continued to December 9, 2026, at 11:00 a.m, to allow Defendant time to review discovery and collect additional necessary records. The Court grants Defendant's request. The Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) shall be extended to December 9, 2026. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for Defendant and Government the reasonable time necessary for effective preparation. The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

**SO ORDERED**, this 29th day of October, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE